[No. 7593–1–III.  Division Three.  April 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
RORY DEAN BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–1–00835–4, Walter A. Stauffacher, J., entered January 17, 1986. *Affirmed* by unpublished opinion

per Green, J., concurred in by McInturff, C.J., and Munson, J.